■ GEORGEANNE ANDREASI, Individually and as Mother and Natural Guardian of LORRAINE ANDREASI, an Infant, et al., Appellants, v HAUPPAUGE UNION FREE SCHOOL DISTRICT, Respondent, et al., Defendant.—Appeal by the plaintiffs from a judgment of the Supreme Court, Suffolk County (Hand, J.), entered November 5, 1990. The plaintiffs' notice of appeal from the order dated September 13, 1990, is deemed a premature notice of appeal from the judgment (CPLR 5520 [c]).

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Hand in the decision and order dated September 13, 1990. Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.